UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  :
:
versus  :  CRIMINAL NO. 08-96-JJB-DLD
:
RICKY JAMAL WILSON

## ORDER

Considering the United States' motion to continue the hearing of the defendant's re-arraignment, and its motion to determine defendant's mental competency at time of the offense and mental competency to stand trial,

**IT IS HEREBY ORDERED** that the re-arraignment begun on February 12, 2009, now be continued pending the resolution of the instant motion by the United States to have the defendant, Ricky Jamal Wilson, submit to, or otherwise undergo a psychiatric and/or psychological evaluation;

**IT IS FURTHER ORDERED** that Ricky Jamal Wilson, the defendant, be committed to the custody of the Bureau of Prisons pending a psychiatric or psychological examination to determine:

1) Whether he may be presently suffering from a mental disease or defect which renders him mentally incompetent to properly assist in his defense and therefore incompetent to stand trial; and

2) Whether, at the time of the offense with which he is charged, he suffered from a mental disease or defect which rendered him incapable of comprehending the nature and consequences of his actions, i.e., incapable of understanding right from wrong. The examination is to be conducted pursuant to 18 U.S.C. § 4241 and 4242. Both the examination and the report will be

prepared to conform to 18 U.S.C. § 4247(b) and (c).

Pursuant to 18 U.S.C. § 4247(b), this commitment may not exceed 30 days from the date of the defendant's arrival at the designated institution unless the director of the facility, upon a showing of good cause that additional time is necessary, applies for a reasonable extension, which shall not exceed 15 days.

Upon receipt of the report outlining the results of the psychiatric or psychological examination, the Court will hold a hearing pursuant to the provisions of 18 U.S.C. § 4247(d).

**DATED AND SO ORDERED** on this 17th day of February, 2009, Baton Rouge, Louisiana.

BY THE COURT:

JAMES J. BRADY, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA